# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 31, 2025

By ECF

Honorable John P. Cronan
United States District Judge
Southern District of New York

**Re:  *United States v. Justin Ramirez*, 25 Cr. 430 (JPC)**

Dear Judge Cronan:

I write to respectfully request that the Court modify Justin Ramirez's bond to replace home detention enforced by electronic monitoring with a curfew enforced by electronic monitoring. Pretrial Services and the Government both consent to this application.

As background, Mr. Ramirez is charged with one count of arson in violation of 18 U.S.C. § 844(i). He was released at presentment on August 25, 2025, on a set of bond conditions including, as relevant, home detention with electronic monitoring. Since his release he has been fully compliant with all conditions and has managed to secure a full-time job at a warehouse in Midtown Manhattan. Given this progress, it would be appropriate to replace home detention with a curfew, while maintaining location monitoring. Pretrial recommends that the curfew be "as determined by Pretrial," which is agreeable to Mr. Ramirez.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Jonathan Lettieri, Pretrial Services
     Joe Zabel, Esq.

The request is granted.  The conditions of Mr. Ramirez's release are modified to replace home detention enforced by electronic monitoring with a curfew as determined by Pretrial Services enforced by electronic monitoring. *See* Dkt. 5. The Clerk of Court is respectfully directed to close Docket Number 14.

SO ORDERED.
November 3, 2025
New York, New York

JOHN P. CRONAN
United States District Judge