**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

November 24, 2025

By ECF

Honorable John P. Cronan
United States District Judge
Southern District of New York

**Re:** *United States v. Justin Ramirez*, 25 Cr. 430 (JPC)

Dear Judge Cronan:

I write to respectfully request that the Court adjourn the December 4 conference in this matter by approximately 30 days. The Government consent to this request. I make this request because I have filed an application to this District's Young Adult Opportunity Program on Mr. Ramirez's behalf, but a decision on that application has not yet been made. We expect a decision by the end of this year.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Joseph Zabel, Esq.

---

The adjournment request is granted.  The status conference scheduled for December 4, 2025, is adjourned until January 5, 2026, at 3:00 p.m.

The Court has received Defendant's second letter dated November 24, 2025, Dkt. 19, which states Defendant's consent to the exclusion of time under the Speedy Trial Act until the new conference date, but does not articulate a basis for the exclusion.  So the record is clear, either party may submit a letter to the Court requesting the exclusion of time under the Speedy Trial Act and articulating the basis for the requested exclusion.

The Clerk of Court is respectfully directed to close Docket Number 18.

SO ORDERED.
November 25, 2025
New York, New York



JOHN P. CRONAN
United States District Judge